AO 91 (Rev. 11/11) Criminal Complaint

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
OCT – 7 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

UNITED STATES OF AMERICA )
v. )
)  Case No.   8:25-MJ-323 (GLF)
Edgar GOMEZ-QUILES, )
)
)
)
)
Defendant. )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of October , 2025, in the county of Clinton in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Dylan Q. Thomas*   10/06/2025 @ 1102
_____
Complainant's signature

U.S. Border Patrol Agent Dylan J. Thomas
_____
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   Oct. 7, 2025

_____
Judge's signature

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
Printed name and title

*Continuation Sheet, United States v.* **Edgar GOMEZ-QUILES.**

This criminal complaint is based on the following facts:

On October 4, 2025, at approximately 5:20 AM, Border Patrol Agents assigned to the Burke Border Patrol Station had received a border security camera activation depicting one subject that moving southbound away from the US/Canada International Border in Chateaugay, NY. The subject appeared to be running in the image. This area of Chateaugay, known as Earlville, is an area frequently utilized for smuggling activity due to the remoteness, and multiple points of egress from the area by vehicles. Earlville Road dead-ends at the US/Canada International Border. It was in this area that the individual was detected. Agents immediately started moving towards the Earlville area. Shortly after arriving in Chateaugay, NY, agents again were alerted via border security camera activation of a vehicle on Earlville Road travelling south towards the Town of Chateaugay. Agents are familiar with the few residents on this portion of Earlville Road and the vehicle detected did not appear to be one they were familiar with.

As an agent turned northbound onto Earlville Road from NY US-11, the agent noticed headlights approaching his marked service vehicle at a high rate of speed. The agent noticed that the vehicle was bearing NH license plates 5639847 and appeared to be vehicle depicted in the previous border security camera image, identified as a gray Nissan Altima. As the agent turned around to get behind the vehicle, the vehicle accelerated to speeds more than 80 MPH after turning eastbound onto NY US-11. Agents ultimately caught up to the vehicle near the intersection of Cassidy Road before the Nissan Altima abruptly slowed to approximately 45 MPH as it traveled eastbound on NY US-11 towards Churubusco, NY. The agent continued to follow until backup agents were nearby. Agents activated their emergency lights and sirens to execute a vehicle stop to perform an immigration inspection at the intersection of NY US-11 and NY US-189. The Altima did not immediately yield to this vehicle stop and travelled at roughly 40 MPH for about one half of a mile before stopping.

At this time, backup agents arrived on scene and agents approached the vehicle. The vehicle appeared to be occupied by three individuals. A male driver and front seat passenger and a female backseat passenger. Agents identified themselves as United States Border Patrol Agents and questioned the driver of the vehicle, later identified as GOMEZ-QUILES, Edgar, where he was coming from. GOMEZ-QUILES claimed that he was taking his wife, who agents assumed was the backseat passenger, "out cruising". Agents then asked who the other occupant in the vehicle was. GOMEZ-QUILES claimed that the front seat passenger, later identified as SERAFIM DA SILVA, Pierre, was his friend from New Hampshire. Agents asked if all occupants in the vehicle had identification to which the driver and backseat passenger produced driver's licenses. The front seat passenger claimed to have lost his ID but had a picture of it on his phone. SERAFIM DA SILVA showed the agents a Massachusetts driver's license. GOMEZ-QUILES was asked to step out of the vehicle due to safety concerns with him constantly reaching and looking for things inside of the vehicle.

SERAFIM DA SILVA was questioned about his relation to the driver, and he claimed that he was just hiking in the area and GOMEZ-QUILES offered him a ride. GOMEZ-QUILES that he would be detained for the time being while agents interviewed the other occupants in the vehicle. At this time, GOMEZ-QUILES was put in the back of a marked Border Patrol service vehicle. Agents began records checks via biographical information roadside, to which revealed that SERAFIM DA SILVA was a citizen and national of Brazil and had previously been ordered removed by an Immigration Judge.

At this time, Burke Agents took custody of all three subjects and transported them back to the Burke Border Patrol Station for further record checks, interviews and processing.

At the station, biographical information and fingerprints were entered into Department of Homeland Security databases for all three subjects. Record checks confirmed information previously gathered roadside.

*Continuation Sheet, United States v.* **Edgar GOMEZ-QUILES.**

GOMEZ-QUILES was advised of his *Miranda* rights and agreed to answer questions without a lawyer present.

GOMEZ-QUILES admitted to knowing SERAFIM DA SILVA from previous interactions with him in Boston, MA where they both lived. GOMEZ-QUILES claimed that SERAFIM DA SILVA reached out to him and asked him to pick him up from that location and bring him to Boston.